■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FIDEL A. CASTROBRITO, Appellant. [991 NYS2d 894]—Appeal by the defendant, as limited by his motion, from two sentences of the County Court, Suffolk County (Kahn, J.), both imposed June 21, 2013, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Mastro, Hall, Miller and LaSalle, JJ., concur.